**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHRISTOPHER JENSEN                                                                                          PLAINTIFF

v.                                         NO. 4:10CV00112 JLH

FLICKERS III LIMITED PARTNERSHIP,
a Tennessee limited partnership, d/b/a
BLOCKBUSTER STORE #91470; and
CK PARTNERS, believed to be a Tennessee corporation                    DEFENDANTS

**ORDER**

Pursuant to the stipulations of dismissal (Documents #18 and #19), this action is dismissed with prejudice, with all parties to bear their own attorneys' fees, costs, and expenses other than those specified in the Confidential Settlement Agreement.

IT IS SO ORDERED this 18th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE